Susan B. Padove, Senior Trial Attorney
Susan Gradman, Chief Trial Attorney
Division of Enforcement
U.S. Commodity Futures Trading Commission
525 W. Monroe Street, Suite 1100
Chicago, Illinois 60661
Telephone: (312) 596-0544 (Padove)
Telephone: (312) 596-0523 (Gradman)
Facsimile: (312) 596-0714
spadove@cftc.gov
sgradman@cftc.gov

2:16-cv-01938-GMN-NJK

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA
LAS VEGAS DIVISION

| | |
|---|---|
| UNITED STATES COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>TRADE MASTERS, USA, LLC and MIRKO SCHACKE, an individual,<br><br>Defendants. | Civil Action No.<br><br>**MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEYS** |

Pursuant to Local Rule IA 11-3, the United States Commodity Futures Trading Commission respectfully requests that this honorable Court permit Susan B. Padove, Susan Gradman and Rosemary Hollinger to practice before this honorable Court in all matters relating to the above-captioned case.

Ms. Padove, Ms. Gradman, and Ms. Hollinger are attorneys with the U.S. Commodity Futures Trading Commission, an agency of the federal government. Ms. Padove is a member in good standing of the State Bar of Illinois (Bar No. 0341649) and the State Bar of Indiana (Bar No. 11477-98). Ms. Gradman is a member in good standing of the State Bar of Illinois (Bar No. 6225060). Ms. Hollinger is a member in good standing of the State Bar of Illinois (Bar No. 3123647). The following contact information is provided to the Court:

Susan B. Padove
U.S. Commodity Futures Trading Commission
525 W. Monroe, Suite 1100
Chicago, IL 60661
(312) 596-0544 (Direct Dial)
(312) 596-0700 (Office phone)
(312) 596-0714 (Facsimile)
spadove@cftc.gov

Susan Gradman
U.S. Commodity Futures Trading Commission
525 W. Monroe, Suite 1100
(312) 596-0523 (Direct Dial)
(312) 596-0700 (Office phone)
(312) 596-0714 (Facsimile)
sgradman@cftc.gov

Rosemary Hollinger
U.S. Commodity Futures Trading Commission
525 W. Monroe, Suite 1100
Chicago, IL 60661
(312) 596-0538 (Direct Dial)
(312) 596-0700 (Office phone)
(312) 596-0714 (Facsimile)
rhollinger@cftc.gov

Accordingly, the United States Commodity Futures Trading Commission respectfully requests that an order be issued allowing Susan B. Padove, Susan Gradman, and Rosemary Hollinger to practice before this honorable Court.

DATED: this 15th day of August 2016.

Respectfully submitted,

Scott R. Williamson
Deputy Regional Counsel
swilliamson@cftc.gov
Illinois A.R.D.C. No. 06191293

**IT IS SO ORDERED:**

UNITED STATES DISTRICT JUDGE

DATED: August 22, 2016

2