UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
LAS VEGAS DIVISION

| | |
|---|---|
| UNITED STATES COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>TRADEMASTERS, USA, LLC and MIRKO SCHACKE, an individual,<br><br>Defendants. | Civil Action No. 16-cv-1938<br><br>**ORDER CONTINUING HEARING ON PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION** |

Having reviewed Plaintiff's Motion for a Continuance of the Hearing on Plaintiff's Motion for a Preliminary Injunction, and the Court being fully advised in the premises,

**IT IS THEREFORE ORDERED** that Plaintiff's Motion is granted and that the hearing on Plaintiff's Motion for a Preliminary Injunction set for August 26, 2016 at 9 am is continued.

**IT IS FURTHER ORDERED** that this matter will again be set for a hearing on Plaintiff's Motion for a Preliminary Injunction after a motion is filed by Plaintiff advising the Court that summons has been served upon Defendants and seeking a new hearing date. Moreover, the Response to Plaintiff's Motion for a Preliminary Injunction shall be due within **seven (7) days** after the date that summons is served upon Defendants, and the Reply shall be due within **three (3) days** after the date the Response is due.

**IT IS SO ORDERED**.

Dated: August 25, 2016

_____
U.S. District Court Judge

1