Susan B. Padove, Senior Trial Attorney
Susan Gradman, Chief Trial Attorney
Division of Enforcement
U.S. Commodity Futures Trading Commission
525 W. Monroe Street, Suite 1100
Chicago, Illinois 60661
Telephone: (312) 596-0544 (Padove)
Telephone: (312) 596-0523 (Gradman)
Facsimile: (312) 596-0714
spadove@cftc.gov
sgradman@cftc.gov

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA
LAS VEGAS DIVISION

| | |
|---|---|
| UNITED STATES COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>TRADEMASTERS, USA, LLC and MIRKO SCHACKE, an individual,<br><br>Defendants. | Civil Action No. 2:16-cv-01938-GMN-NJK<br><br>**ORDER SCHEDULING HEARING ON PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION** |

Having reviewed the Plaintiff's Motion to Schedule a Hearing on Plaintiff's Motion for a Preliminary Injunction, and the Court being fully advised in the premises,

**IT IS THEREFORE ORDERED** that the Plaintiff's Motion is granted and that the hearing on Plaintiff's Motion for a Preliminary Injunction is set for September 16, 2016 at 9:00AM before the Honorable Gloria M. Navarro in Las Vegas Courtroom 7D.

**IT IS FURTHER ORDERED** that the Response to Plaintiff's Motion for a Preliminary Injunction shall be due by the close of business on Tuesday, September 6, 2016, and the Reply to Plaintiff's Motion for a Preliminary Injunction shall be due by the close of business on Friday, September 9, 2016.

**IT IS SO ORDERED**.

Dated: August 29, 2016                           _____
                                                  U.S. District Court Judge

1