|   |   |
|---|---|
| 1 | **CODE: 0125** |
| 2 | Mirko Schacke<br>*(Name)* |
| 3 | 2422 Larkin Ct<br>*(Mailing address)* |
| 4 | Antioch, CA, 94531<br>*(City, state, zip code)* |
| 5 | 727-277 1094<br>*(Telephone number)* |
| 6 | mcschacke@yahoo.com<br>*(E-mail address)* |
| 7 | ☐ Plaintiff/ ☒ Defendant/ ☐ Other *(specify)* _____,<br>In Proper Person |

```
         FILED          RECEIVED
         ENTERED        SERVED ON
              COUNSEL/PARTIES OF RECORD

                 SEP - 2 2016

              CLERK US DISTRICT COURT
              DISTRICT OF NEVADA
         BY:_____ DEPUTY
```

## EIGHTH JUDICIAL DISTRICT COURT

## CLARK COUNTY, NEVADA

| UNITEST STATES COMMODITY FUTURES TRADING COMMISSION , | Case No.: 2:16-cv-01938-GMNNJK |
|---|---|
| Plaintiff(s), | Dept. No.: [INSERT DEPT. NO.] |
| vs. |  |
| TRADEMASTERSUSA, LLC and MIRKO SCHACKE an individual , |  |
| Defendant(s). | Date of Hearing: 08/26/2016<br>Time of Hearing: 9:00 |

### OPPOSITION TO PLANTIFFS MOTION FOR A CONTINUANCE OF THE HEARING ON PLANTIFF'S MOTION FOR A PRELIMINARY INJUNCTION

*(Insert your name)* Mirko Schacke and Trademastersusa , the *(check one box for you)* ☐ Plaintiff/ ☐ Defendant/ ☒ Other *(specify)* _____ in this case, opposes the *(insert name of motion you're opposing)* PLANTIFFS MOTION FOR A CONTINUANCE OF THE HEARING ON PLANTIFF'S MOTION FOR A PRELIMINARY INJUNCTION , which was filed by *(insert other side's name)* United States Futures Trading Commission , the *(check one box for other side)* ☒ Plaintiff/ ☐ Defendant/ ☐ Other *(specify)* _____ in this case.

My opposition is based upon and supported by the following Memorandum of Points and Authorities, the pleadings and papers on file with the Court, the attached declaration and exhibits, and any argument the Court may allow at the time of hearing.

### MEMORANDUM OF POINTS AND AUTHORITIES

© 2014 Civil Law Self-Help Center
Clark County, Nevada

Page 1 of 4

**For forms and information, visit www. civillawselfhelpcenter.org**

OPPOSITION (GENERIC)
(Rev. 1, 03-31-2014)

I oppose the motion on file with the Court for the following reasons and based upon the facts, law, and legal analysis below:

<u>On 08/24/16, I the Defendant received the summons for hearing on 08/26/2016. Then by chance on 08/24/16 the Defendant also received an email from the Plantiff stating a hearing scheduled for 08/25/16 would be rescheduled and not be held on 08/25/16. Then on 08/25/16 Defendant received an email from Plantiff that now the hearing would be on 08/26/16. To the Defendant this was rather confusing. Defendant is not checking emails on a daily basis and emails are not a sufficient way to communicate important schedule like this. Defendant also was not given the required 10 days time frame after plantiff's filing and/or serving the summons to defendant. The defendant has to be given at least 10 days between summons/motion for hearing and scheduled date of hearing. Furthermore the plantiff and Court requested a hearing date which is not feasible to the defandant because of the very short notice. The defendant is requesting in separate motion information from the plantiff regarding its discovery, witness testimonials and other necessary information gathered in this case, before scheduling a hearing. The defendant also experiences hardship at this moment due to his arised divorce and child custody case. Defendants wife is currently trying to move out of state with his children. Defendant is currently moving out of the current home and is (urgently) looking for a new place to stay. Defendant also just started a new employement and can't take time off with this short notice given without jeapardizing his new employment. Defendant assumes a place to stay and resolution of his ongoing divorce and child custody case within the next two months. Defendant asks the Judge politely to schedule the hearing to any date in November 2016</u>

For the reasons stated above, the Court should deny the pending motion.

DATED this <u>25th</u> day of <u>August</u>, 20<u>16</u>.

I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.

**Mirko Schacke**
_(Signature)_
Mirko Schacke
_(Print Name)_
☐ Plaintiff/ ☒ Defendant/ ☐ Other, In Proper Person

© 2014 Civil Law Self-Help Center
Clark County, Nevada

Page 2 of 4

OPPOSITION (GENERIC)
(Rev. 1, 03-31-2014)

For forms and information, visit www.civillawselfhelpcenter.org

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on *(insert date document was served)* 08/25/2016 , I served the above *(insert name of document)* OPPOSITION TO PLANTIFFS MOTION FOR A CONTINUANCE OF THE HEARING ON PLANTIFF'S MOTION FOR A PRELIMINARY INJUNCTION , pursuant to NRCP 5(b), by depositing a copy of the same in the United States Mail in Las Vegas, Nevada, postage prepaid, to the address listed below *(insert names and mailing addresses of opposing parties' attorneys, or opposing parties directly if no attorneys)*:

U.S Commodity Futures Trading Commission, 525 W. Monroe Street, Suite 1100 Chicago, IL 60661

Devision of Enforcement

*(Insert date, signature, and name of person mailing document:)*

DATED this 25th day of August , 20 16 .

I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.

**Mirko Schacke**
*(Signature)*
Mirko Schacke
*(Print name)*

© 2014 Civil Law Self-Help Center
Clark County, Nevada

Page 3 of 4

OPPOSITION (GENERIC)
(Rev. 1, 03-31-2014)

For forms and information, visit www. civillawselfhelpcenter.org

# PRIORITY MAIL EXPRESS™

OUR FASTEST SERVICE IN THE U.S.

PRESS FIRMLY TO

U.S. POSTAGE PAID
ANTIOCH, CA
94509
AUG 26, 16
AMOUNT
$22.95
R2304E106075-11



EP13F July 2013  OD: 12.5 x 9.5

WHEN USED INTERNATIONALLY, A CUSTOMS DECLARATION LABEL MAY BE REQUIRED.

WRITE FIRMLY WITH BALL POINT PEN ON HARD SURFACE TO MAKE ALL COPIES LEGIBLE.

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT)   PHONE ( )
MIKE SCHUKE
2022 CARNEGIE CT
ANTIOCH CA 94531

PAYMENT BY ACCOUNT (if applicable)

**DELIVERY OPTIONS (Customer Use Only)**
☐ SIGNATURE REQUIRED
**Delivery Options**
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available)*
☐ 10:30 AM Delivery Required (additional fee, where available)*

TO: (PLEASE PRINT)   PHONE ( )
US DISTRICT COURT LAS VEGAS
200 LEWIS AVE #1C
LAS VEGAS NV

ZIP + 4® (U.S. ADDRESSES ONLY)
89101

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

**ORIGIN (POSTAL SERVICE USE ONLY)**
PO ZIP Code: 94561
Date Accepted (MM/DD/YY): 8/26/16
Time Accepted: 11:50 ☒AM ☐PM
Weight: lbs. ozs.

Scheduled Delivery Date (MM/DD/YY)
☐ 1-Day  ☐ 2-Day  ☐ Military

10:30 AM Delivery Fee
☐ 10:30 AM ☐ 3:00 PM
12 NOON

Sunday/Holiday Premium Fee
Postage
Return Receipt Fee
Insurance Fee
Total Postage & Fees



**DELIVERY (POSTAL SERVICE USE ONLY)**
Delivery Attempt (MM/DD/YY)  Time ☐AM ☐PM  Employee Signature
Delivery Attempt (MM/DD/YY)  Time ☐AM ☐PM  Employee Signature

UNITED STATES POSTAL SERVICE®