# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES COMMODITY FUTURES TRADING COMMISSION, | |
| Plaintiff, | Case No.: 2:16-cv-01938-GMN-NJK |
| vs. | **ORDER** |
| TRADEMASTERS, USA, LLC and MIRKO SCHACKE, an individual, | |
| Defendant. | |

Currently before the Court is a Response (ECF No. 23), filed by Defendant Mirko Schacke ("Defendant"), to the Motion for Hearing (ECF No. 17) filed by Plaintiff United States Commodity Futures Trading Commission ("Plaintiff"). Defendant requests that the preliminary injunction hearing scheduled for Friday, September 16, 2016, be rescheduled to "any date in November 2016" due to Defendant "not checking emails on a daily basis" and personal hardship. (Resp. 2:7-20, ECF No. 23).

However, Defendant is still operating his website, www.trademastersusa.com, in violation of the Statutory Restraining Order ("SRO") issued by this Court on August 15, 2016. (ECF No. 7). Because Defendant has failed to comply with the SRO, the Court denies his request for extension. **IT IS HEREBY ORDERED** that Defendant's request for a continuance of the preliminary injunction hearing is **DENIED**.

**DATED** this __12__ day of September, 2016.

_____
Gloria M. Navarro, Chief Judge
United States District Judge