**THE UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**
\* \* \* \*

| | |
|---|---|
| UNITED STATES COMMODITY FUTURES TRADING COMMISSION,<br><br>        Plaintiff,<br><br>vs.<br><br>TRADEMASTERS, USA LLC AND MIRKO SCHACKE,<br><br>        Defendants. | 2:16-cv-01938-GMN-NJK<br><br>DATE: September 16, 2016<br><br>Hearing re: Motion for Preliminary Injunction (ECF No. 5) |

THE HONORABLE GLORIA M. NAVARRO, CHIEF UNITED STATES DISTRICT JUDGE

DEPUTY CLERK: Aaron Blazevich          COURT REPORTER: Araceli Bareng

COUNSEL FOR PLAINTIFF: Susan Padove

COUNSEL FOR DEFENDANT:  Mirko Schacke (Pro Se)

MINUTES OF PROCEEDINGS: Hearing re: Motion for Preliminary Injunction (ECF No. 5)

At plaintiff's table with counsel is CFTC Investigator Joseph Patrick.

9:13 a.m.  The Court convenes.  The Court makes preliminary statements and hears representations from counsel.

9:16 a.m.  **DARIN GOODRUM**, called on behalf of the Plaintiff, is sworn and testifies on direct examination by Ms. Padove.  Mr. Schacke conducts cross examination.  **EXHIBITS 1A, 1B, and 1C are marked and admitted into evidence.** The witness is excused.

9:42 a.m.  **JOSEPH PATRICK**, called on behalf of the Plaintiff, is sworn and testifies on direct examination by Ms. Padove.  The Court poses questions to the witness.  Mr. Schacke conducts cross examination.  Ms. Padove conducts redirect examination.  Mr. Schacke conducts recross examination.  The Court poses further questions to the witness.  **EXHIBITS 2, 3, 4, 5, 6, 7, 8, 9, 10, and 11 are marked and admitted into evidence.**

10:49 a.m.  **MIRKO SCHACKE**, called on behalf of the Defendant, is sworn and testifies on direct examination.

///
///
///

The Court instructs the Plaintiff to file a proposed preliminary injunction order.  The order should include reference to the defendant not being able to continue education or advising people regarding software or trading.

The Court makes findings on the Motion for Preliminary Injunction (ECF No. 5) for the reasons stated on the record.  The Motion for Preliminary Injunction is GRANTED.  The plaintiff shall submit a proposed preliminary injunction order by 5:00 p.m. on September 20, 2016.  The Statutory Restraining Order shall continue and remain in effect until the entry of the preliminary injunction order.

11:31 a.m. Court adjourns.

                                            LANCE S. WILSON, CLERK
                                            U.S. DISTRICT COURT

                                            BY:_____/S/_____
                                            Aaron Blazevich, Deputy Clerk