# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES COMMODITY FUTURES TRADING COMMISSION,<br><br>             Plaintiff(s),<br><br>vs.<br><br>TRADEMASTERS, USA LLC, et al.,<br><br>             Defendant(s). | Case No. 2:16-cv-01938-GMN-NJK<br><br>ORDER<br><br>(Docket No. 65) |

Pending before the Court is a motion to seal. Docket No. 65; *see also* Docket No. 63. In particular, Defendant's filing at Docket No. 63 contains medical records and personal identifiers. The motion to seal is hereby **GRANTED**. *See, e.g.*, *Kamakana v. City & County of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006) (outlining compelling reasons standard); Fed. R. Civ. P. 5.2(a) (requiring redaction for personal identifiers).

IT IS SO ORDERED.

DATED: January 24, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge