# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES COMMODITY FUTURES TRADING COMMISSION, | Case No. 2:16-cv-01938-GMN-NJK |
| Plaintiff(s), | ORDER |
| v. | (Docket No. 71) |
| TRADEMASTERS, USA LLC, | |
| Defendant(s). | |

Pending before the Court is Plaintiff's motion to appear at the settlement conference through an attorney who will lack full settlement authority since that authority is vested in a five-person commission. Docket No. 71. "Particularly in litigation in which governmental agencies . . . are involved, there may be no one with on-the-spot settlement authority, and the most that should be expected is access to a person who would have a major role in submitting a recommendation to the body or board with ultimate decision-making responsibility." Fed. R. Civ. P. 16, Advisory Committee Notes (1993). Plaintiff contends that the attorney who will be participating in the settlement conference will have the authority to negotiate terms and "will affirmatively recommend that the Commission accept" negotiated terms. Docket No. 71 at 1-2. The pending motion is therefore **GRANTED** with that caveat.

IT IS SO ORDERED.

DATED: June 30, 2017

_____
Nancy J. Koppe
United States Magistrate Judge