Susan B. Padove, Senior Trial Attorney
Susan Gradman, Chief Trial Attorney
Division of Enforcement
U.S. Commodity Futures Trading Commission
525 W. Monroe Street, Suite 1100
Chicago, Illinois 60661
Telephone: (312) 596-0544 (Padove)
Telephone: (312) 596-0523 (Gradman)
Facsimile: (312) 596-0714
spadove@cftc.gov
sgradman@cftc.gov

*Attorneys for the Plaintiff, US CFTC*

# THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA
## LAS VEGAS DIVISION

| | |
|---|---|
| UNITED STATES COMMODITY FUTURES TRADING COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>TRADE MASTERS, USA, LLC and MIRKO SCHACKE, an individual,<br><br>Defendants. | Civil Action No. 2:16-CV-01938-GMN-NJK<br><br>**PLAINTIFF'S MOTION TO REFILE A [PROPOSED] ORDER FOR DEFAULT JUDGMENT AGAINST DEFENDANT TRADEMASTERS, USA, LLC TO REPLACE A PREVIOUSLY FILED [PROPOSED] ORDER** |

Plaintiff, Commodity Futures Trading Commission ("Commission"), filed a Motion for Default Judgment against Defendant TradeMasters, USA, LLC ("TradeMasters"), (Docket No. 55 and 56-59) on December 21, 2016. The Commission also filed a proposed Order for Default Judgment (Docket No. 61). This proposed order was refiled to take the place of Docket No. 52 as directed by the Court (Docket No. 53).

However, the Plaintiff's filing (Docket No. 61) neglected to remove references to relief sought against the non-defaulting co-defendant, Mirko Schacke ("Schacke") from this proposed order.

The Plaintiff has revised the proposed order to remove references to relief against Schacke and herewith submits a revised proposed Order for Default Judgment against Defendant TradeMasters.

Date:  September 1, 2017	Respectfully submitted,

**/s/Susan B. Padove**
Susan B. Padove
Senior Trial Attorney
spadove@cftc.gov
Illinois A.R.D.C. No. 3127019
Indiana No. 11477-98

Susan Gradman
Chief Trial Attorney
sgradman@cftc.gov
Illinois A.R.D.C. No. 6225060___

Commodity Futures Trading Commission
525 West Monroe Street, Suite 1100
Chicago, Illinois 60661
(312) 596-0544 (Padove)
(312) 596-0700 (office number)
(312) 596-0714 (facsimile)