# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

United States Commodity Futures Trading Commission

                Plaintiff,

V.

Trademasters, USA LLC, et al.

                Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:16-cv-01938-GMN-NJK

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

  IT IS ORDERED AND ADJUDGED

that judgment has been entered in favor of the Plaintiff, United States Commodity Futures Trading Commission, and the Defendants, TradeMasters , USA LLC and Mirko Schacke as follows:

Disgorgement

Defendants TradeMasters and Schacke shall pay disgorgement, jointly and severally, in the amount of one-hundred-sixty-eight-thousand-six-hundred and twenty-six dollars ($168,626), plus post-judgment interest, within thirty (30) days of the date of entry of this Order ("Disgorgement Obligation").

Civil Monetary Penalty

Defendants TradeMasters and Schacke shall pay a civil monetary penalty, jointly and severally, in the amount of five-hundred-and four-thousand dollars ($504,000), plus postjudgment interest, within thirty (30) days of the date of the entry of this Order (the "CMP Obligation").

9/13/2017

Date

/s/ Debra K. Kempi

Clerk

/s/ Angela Reyes

(By) Deputy Clerk