1  CODE: 0125
2  Mirko Schacke
   *(Name)*
3  4659 Christenson St
   *(Mailing address)*
4  Brentwood, CA 94513
   *(City, state, zip code)*
5  727-277 1094
   *(Telephone number)*
6  mghschacke@gmail.com
   *(E-mail address)*
7  ☐ Plaintiff/ ☒ Defendant/ ☐ Other *(specify)* _____,
   In Proper Person

FILED ___ RECEIVED
ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

SEP 11 2017

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA
## LAS VEGAS DIVISION

U.S. Commodity Futures Trading Commission
525. Monroe St, Suite 1100
Chicago, IL 60661 ,

Plaintiff(s),

vs.

Mirko Schacke ,

Defendant(s).

Case No.: 2:16-cv-01938-GMNNJK

Dept. No.: [INSERT DEPT. NO.]

## MOTION TO DISMISS

Defendant seeks the judge to dismiss the case against him. Grounds for dismissal of case are:

TradeMastersUSA LLC was a legally separate entity. TradeMasters was aimed to grow business, researching various settings of its software, constantly developing new indicators for the next software updates it was about to launch. For this, TradeMastersUSA LLC hired a software developer in UK. TradeMastersUSA LLC had just started prior to this case and had not yet have a chance to have hired W2 employees. TradeMastersUSA LLC had hired one contractor as a 1099, Ben Munger, who also had access to the www.TradeMastersUSA.com website and its development. Ben Munger also had an accociated email through TradeMastersUSA LLC. TradeMastersUSA LLC did in fact also have its own legal business office. TradeMastersUSA LLC had in fact office rooms and friendly staff members to answer its phones, which was provided through the company "Intelligent office". TradeMastersUSA LLC had its

1 own bank account with Welsfargo. TradeMastersUSA LLC had its own PayPal account. Never did
2 defendant Schacke comingle his personal funds with TradeMastersUSA LLC. TradeMastersUSA LLC
3 had legal binding contracts with its software clients. The juristriction for this case was selected by the
4 location of the entity TradeMastersUSA LLC, not defendant Schackes residence. TradeMastersUSA LLC
5 was always separate from defendant Schacke. Proof of stated claims can be provided upon request. Based
6 on these grounds defendant is seeking to have this case dismissed against him.
7     For the reasons stated above, the Court should deny the pending motion.
8     DATED this 07 day of September, 20 17.
9     I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.

(Signature)
Mirko Schacke
(Print Name)
☐ Plaintiff/ ☒ Defendant/ ☐ Other, In Proper Person

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on *(insert date document was served)* 09/07/2017, I served the above *(insert name of document)*: MOTION TO DISMISS

pursuant to NRCP 5(b), by depositing a copy of the same in the United States Mail in Las Vegas, Nevada, postage prepaid, to the address listed below *(insert names and mailing addresses of opposing parties' attorneys, or opposing parties directly if no attorneys)*:

U.S. Commodity Futures Trading Commission
525 W. Monroe Street, Suite 1100
Chicago, IL 60661

*(Insert date, signature, and name of person mailing document:)*

DATED this 07 day of September, 20 17.

I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.

_____
*(Signature)*
Mirko Schacke
*(Print name)*

